Theodore F. Monroe (*pro hac vice* forthcoming)
Law Offices of Theodore F. Monroe
800 West 6th Street, Suite 500
Los Angeles, CA 90017
t: 213-233-2272
f: 213-622-1444
monroe@tfmlaw.com

J. Malcolm DeVoy (Nevada Bar No. 11950)
Erica A. Bobak (Nevada Bar No. 13828)
DeVoy Law P.C.
2575 Montessouri Street, Suite 201
Las Vegas, NV 89117
t: 702-706-3051
f: 702-977-9359
ecf@devoylaw.com

*Attorneys for Defendant Thomas Wells and*
*Third Party Priority Payout, Corp.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.: 2:06-cv-01644-JCM-PAL |
| Plaintiff, | |
| v. | **INDEX OF EXHIBITS** |
| INTERBILL, LTD., and THOMAS WELLS, individually and as an officer or director of InterBill, | |
| Defendants. | |

**INDEX OF EXHIBITS**

| EX. NO. | DESCRIPTION |
|---|---|
| 1. | Declaration of Theodore F. Monroe, Esq. |
| 2. | August 3, 2018 Article. |
| 3. | September 26, 2018 e-mail from Theodore F. Monroe to AUSA Kosto. |
| 4. | E-mail thread between Theodore F. Monroe and Andrew Hudson. |

INDEX OF EXHIBITS - 1