EXHIBIT 3- SEPTEMBER 26, 2018 EMAIL FROM

THEODORE F. MONROE TO AUSA KOSTO

| | |
|---|---|
| **From:** | Theodore Monroe |
| **To:** | "Kosto, Seth (USAMA)" |
| **Cc:** | Warden, Randall (CRM); DAddio, David (USAMA) |
| **Subject:** | RE: Wells |
| **Date:** | Wednesday, September 26, 2018 11:32:00 AM |

Good to meet you Seth.

As we discussed, this is to confirm our conversation of yesterday that Tom Wells is a subject of an investigation conducted by your office as that term is defined by the US Attorneys Manual. Please consider him represented by this office relating to this or any other investigation.

If you have any questions or would like to speak further, please feel free to contact me.

Theo Monroe


Theodore F. Monroe
The Law Offices of Theodore F. Monroe
800 West 6th St., Suite 500
Los Angeles, CA  90017
(213) 233-2272 Office
(213) 233-2273 Direct
(213) 622-1444 Fax



**From:** Kosto, Seth (USAMA) <Seth.Kosto@usdoj.gov>
**Sent:** Tuesday, September 25, 2018 2:18 PM
**To:** Theodore Monroe <monroe@tfmlaw.com>
**Cc:** Warden, Randall (CRM) <Randall.Warden@usdoj.gov>; DAddio, David (USAMA) <David.DAddio@usdoj.gov>
**Subject:** Wells

Theo:

Good to speak with you today.

My DOJ colleagues (David D'Addio in Boston and Randall Warden in DC) are copied on this e-mail.

Regards,

Seth Kosto

*Seth B. Kosto*
*Assistant United States Attorney*

U.S. Attorney's Office for the
  District of Massachusetts
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
T: (617) 748-3230
F: (617) 748-3963
E: seth.kosto@usdoj.gov