Andrew S. Hudson
DC Bar No. 996294, *admitted per LR IA 11-3*
Karen S. Hobbs
DC Bar No. 469817, *admitted per LR IA 11-3*
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., NW, CC-8528
Washington, DC  20580
(202) 326-2213 / ahudson@ftc.gov
(202) 326-3587 / khobbs@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:06-CV-1644-JCM-PAL |
| Plaintiff, | **STIPULATION TO EXTEND HEARING DATE FOR EMERGENCY MOTION FOR PROTECTIVE ORDER BY DEFENDANT THOMAS WELLS, MOVANT PRIORITY PAYOUT CORP.** |
| v. | |
| INTERBILL, LTD. *et al.* | |
| Defendants. | **(First Request)** |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff Federal Trade Commission ("FTC"), Defendant Thomas Wells, and Movant Priority Payout Corp. (collectively "the Parties"), by and through their respective counsel of record, that the date for the hearing on the Emergency Motion for Protective Order [ECF No. 62], currently set for November 6, 2018, should be continued for a period of at least 45 days.  The Parties are engaged in active settlement discussions regarding a final order that would resolve all matters in dispute between them.  A continuance of the hearing would allow the Parties to focus on their negotiations, and avoid the expenditure of time and resources—both the Parties' and the Court's—on a dispute that settlement would render moot.  Thus there is good cause for the Court to continue the hearing.

This is the Parties' first stipulation and request to extend the hearing date, and is not sought for reasons of delay or for any improper purpose.

IT IS FURTHER STIPULATED that the Parties shall have the option to appear for the hearing on the Emergency Motion for Protective Order by telephone.


**SO STIPULATED AND AGREED:**

**FOR PLAINTIFF:**
**FEDERAL TRADE COMMISSION**


_/s/ Andrew S. Hudson_                              Date:  November 2, 2018
ANDREW S. HUDSON
KAREN S. HOBBS
Federal Trade Commission
600 Pennsylvania Ave., NW
Mailstop CC-8528
Washington, DC 20580
(202) 326-2213 / ahudson@ftc.gov
(202) 326-3587 / khobbs@ftc.gov
_Attorneys for Plaintiff_


**FOR DEFENDANT AND MOVANT:**


_/s/ Theodore F. Monroe (with permission)_      Date:  November 2, 2018
J. MALCOLM DEVOY, ESQ.
DeVoy Law P.C.
2575 Montessouri Street, Suite 201
Las Vegas, NV 89117
(702) 706-3051 / ecf@devoylaw.com


THEODORE F. MONROE, ESQ. (admitted _pro hac vice_)
The Law Offices of Theodore F. Monroe
800 West 6th St., Suite 500
Los Angeles, CA  90017
(213) 233-2272 / monroe@tmflaw.com
_Attorneys for Defendants Thomas Wells_
 _and Interbill, Ltd. and its successor,_
 _Priority Payout Corp._

## **ORDER**

For good cause appearing, the Parties' foregoing stipulation is GRANTED. It is **ORDERED** that the hearing scheduled in this matter for November 6, 2018 at 1:45 p.m. is **VACATED**, and such hearing is re-set to the date and time set forth below:

Date: _____January 8, 2019_____ Time: _____1:45 p.m., in Courtroom 3B_____

Additionally, the Parties' counsel shall have permission to appear telephonically at this rescheduled hearing, and shall make arrangements with chambers for such telephonic appearances before the hearing date by contacting Jeff Miller at (702) 464-5570 no later than 4:00 p.m. January 4, 2019.

Dated this ___2nd___ day of _____November_____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

3