Andrew S. Hudson
DC Bar No. 996294, *admitted per LR IA 11-3*
Karen S. Hobbs
DC Bar No. 469817, *admitted per LR IA 11-3*
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., NW, CC-8528
Washington, DC  20580
(202) 326-2213 / ahudson@ftc.gov
(202) 326-3587 / khobbs@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>INTERBILL, LTD. *et al.*<br><br>Defendants. | Case No. 2:06-CV-1644-JCM-PAL<br><br>**STIPULATION TO EXTEND HEARING DATE FOR EMERGENCY MOTION FOR PROTECTIVE ORDER BY DEFENDANT THOMAS WELLS, MOVANT PRIORITY PAYOUT CORP.**<br>**(Second Request)** |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff Federal Trade Commission ("FTC"), Defendant Thomas Wells, and Movant Priority Payout Corp. (collectively "the Parties"), by and through their respective counsel of record, that the date for the hearing on the Emergency Motion for Protective Order [ECF No. 62], currently set for January 8, 2019, should be continued for a period of at least 45 days.

The Parties have reached agreement on a proposed final settlement, which Thomas Wells and Priority Payout Corp. have signed. Plaintiff will submit the proposed final settlement to the FTC Commissioners for review. Counsel are informed and believe that it will likely take between eight and twelve weeks to secure this approval. If the FTC Commissioners approve the proposed final settlement, counsel will file the stipulated final order for the Court's approval.  If

1  the FTC Commissioners do not approve the proposed final settlement, and the parties are unable
2  to agree on revisions sufficient to secure such approval, counsel will promptly notify the Court.
3  	Approval of the Parties' proposed final settlement by the Commission, and its entry by
4  this Court, will render the hearing unnecessary.  A continuance of the hearing to allow time for
5  the settlement to be approved will avoid potentially-unnecessary costs to the Parties and serve
6  the interests of judicial efficiency.
7  	For these reasons, the Parties request that the Court continue the January 8, 2019 hearing
8  until March 26, 2019, or such other date thereafter as may be convenient for the Court.
9  	There is good cause for the Court to continue the hearing.  This is the Parties' second
10 stipulation and request to extend the hearing date, and is not sought for reasons of delay or for
11 any improper purpose.
12  	 IT IS FURTHER STIPULATED that the Parties shall have the option to appear for the
13 hearing on the Emergency Motion for Protective Order by telephone.

**SO STIPULATED AND AGREED:**

**FOR PLAINTIFF:**
**FEDERAL TRADE COMMISSION**


 */s/ Andrew S. Hudson*                                  Date:  December 14, 2018
ANDREW S. HUDSON
KAREN S. HOBBS
Federal Trade Commission
600 Pennsylvania Ave., NW
Mailstop CC-8528
Washington, DC 20580
(202) 326-2213 / ahudson@ftc.gov
(202) 326-3587 / khobbs@ftc.gov
*Attorneys for Plaintiff*

**FOR DEFENDANT AND MOVANT:**

  /s/ *Theodore F. Monroe (with permission)*          Date: December 14, 2018
J. MALCOLM DEVOY, ESQ.
DeVoy Law P.C.
2575 Montessouri Street, Suite 201
Las Vegas, NV 89117
(702) 706-3051 / ecf@devoylaw.com


THEODORE F. MONROE, ESQ. (admitted *pro hac vice*)
The Law Offices of Theodore F. Monroe
800 West 6th St., Suite 500
Los Angeles, CA  90017
(213) 233-2272 / monroe@tmflaw.com
*Attorneys for Defendants Thomas Wells
 and Interbill, Ltd. and its successor,
 Priority Payout Corp.*

## [PROPOSED] ORDER

For good cause appearing, the Parties' foregoing stipulation is GRANTED. It is **ORDERED** that the hearing scheduled in this matter for January 8, 2019 at 1:45 p.m. is **VACATED**, and such hearing is re-set to the date and time set forth below:

Date: February 5, 2019          Time: 1:45 p.m.

Additionally, the Parties' counsel shall have permission to appear telephonically at this rescheduled hearing, and shall make arrangements with chambers for such telephonic appearances before the hearing date.

Dated this  17th  day of  December , 2018.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2018, I electronically filed the foregoing STIPULATION TO EXTEND HEARING DATE FOR EMERGENCY MOTION FOR PROTECTIVE ORDER BY DEFENDANT THOMAS WELLS, MOVANT PRIORITY PAYOUT CORP. (Second Request) with the Clerk of the Court using CM/ECF, and caused a copy of the same to be served on all parties as set out below:

**Via CM/ECF:**

J. Malcolm DeVoy
DeVoy Law P.C.
2575 Montessouri Street, Suite 201
Las Vegas, NV 89117
Ph: 702-706-3051
Fax: 702-977-9359
ecf@devoylaw.com

*Attorney for Thomas Wells and Priority Payout, Corp.*

**Via Email:**

Theodore F. Monroe
Law Offices of Theodore F. Monroe
800 West 6th Street, Suite 500
Los Angeles, CA 90017
Ph: 213-233-2272
Fax: 213-622-1444
monroe@tfmlaw.com

*Attorney for Thomas Wells and Priority Payout, Corp.*

                                               */s/ Andrew S. Hudson*
                                               Andrew S. Hudson